423 A.2d 1311

Commonwealth v. Mangini, Appellant.

Argued August 28, 1979. James L. Jubelirer, for appellant; James C. Blackman, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

Order of the Court of Common Pleas of Warren County, denying post-conviction relief is reversed and the case is remanded for a new trial.